**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**EITAN BARR,**

                **Plaintiff,**

        -against-

**MACYS.COM, LLC,**

                **Defendant.**

---------------------------------------------------------------- x

**22-CV-7867 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the parties' submissions. Defendant is granted leave to file their motion to transfer / motion to dismiss this action, as requested at ECF No. 16.

    The parties are ordered to comply with the following briefing schedule:

Defendant's Initial Motion: December 21, 2022

Plaintiff's Opposition: January 11, 2023

Defendant's Reply (if any): January 18, 2023

**SO ORDERED.**

**Dated:**     **New York, New York**
                **November 30, 2022**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**