**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EITAN BARR,

                Plaintiff,

    -against-                                      22 **CIVIL** 7867 (ALC)

                                                            **JUDGMENT**

MACYS.COM, LLC,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Defendant Macys.com, LLC's motion to dismiss the TCPA claim for failure to state a claim is hereby GRANTED. Since the Court lacks original jurisdiction over the FTSA claim and declines to exercise supplemental jurisdiction over that claim, the FTSA claim is dismissed for lack of jurisdiction. Because the Court has dismissed all claims, it does not need to reach Defendant's motion to transfer; accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2023

                                                                       **RUBY J. KRAJICK**

                                                                             Clerk of Court

                               **BY:**

                                                                            **Deputy Clerk**